# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

CRIMINAL NO. 6:23-CR-77-CHB

UNITED STATES OF AMERICA                                        PLAINTIFF

V.         **MOTION FOR PRELIMINARY JUDGMENT OF FORFEITURE**

AUSTIN L. ENDICOTT                                          DEFENDANT

\* \* \* \* \*

The United States hereby moves for entry of a Preliminary Judgment of Forfeiture based on the Indictment [DE 1] and the Plea Agreement [DE 27] entered herein. A proposed forfeiture order is tendered herewith.

                                                         Respectfully submitted,

                                                         CARLTON S. SHIER, IV
                                                         UNITED STATES ATTORNEY

                                                         /s/ John M. Spires
                                                         Assistant United States Attorney
                                                         260 West Vine Street, Suite 300
                                                         Lexington, Kentucky 40507
                                                         Phone: (859) 233-2661
                                                         Fax: (859) 233-2658
                                                         E-mail: john.spires@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send the notice of electronic filing to all counsel of record.

/s/ John M. Spires